UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 18-01869 AG (ADSx) | Date | June 21, 2019 |
|---|---|---|---|
| Title | ADAM GHADIRI V. CARPET AND LINOLEUM CITY ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig/Rolls Royce Paschal | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   **[IN CHAMBERS] ORDER REGARDING SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Adam Ghadiri sued Defendants Carpet and Linoleum City and Chad Bruce for violations of the Americans with Disabilities Act and California's Unruh Civil Rights Act. Plaintiff moved for summary judgment, and a hearing took place on June 17, 2019. (*See generally* Mot., Dkt. No. 38.)

Additional briefing is needed for several reasons. First, Defendant's opposition brief raises arguments about claim dispositive issues such as standing and mootness that may justify awarding summary adjudication to the nonmoving party. *See* Fed. R. Civ. P. 56(f)(1) (giving courts the power to award summary judgment to the non-moving party after notice and a reasonable time to respond). Second, Plaintiff failed to file a Reply responding to the arguments raised in Defendant's Opposition, leaving the Court in the awkward position of having to evaluate the merits of Defendant's arguments without the benefit of responsive briefing. Finally, after the June 17, 2019 hearing, Plaintiff filed a motion for leave to file supplemental briefing regarding his expert report under Federal Rule 56(e). (Dkt. No. 45.) Defendant objects to the report. (Dk.t. No. 46-1)

First, the parties are ORDERED to discuss settlement. Next, the Court ORDERS supplemental briefing as follows. Plaintiff may file a brief responding to Defendant's Opposition by **12:00 PM on Friday, June 28, 2019.** Defendant may submit a response by **12:00 PM on Monday, July 5, 2019**. Neither brief may exceed **twelve pages.** Though the Court doesn't now decide the admissibility of Plaintiff's expert report, Plaintiff may present

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 18-01869 AG (ADSx) | Date | June 21, 2019 |
|---|---|---|---|
| Title | ADAM GHADIRI V. CARPET AND LINOLEUM CITY ET AL. | | |

arguments regarding the report (both its admissibility and its merits) in his brief due on June 28.

|  |  | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | mku/rrp | |