**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ADAM GHADIRI<br><br>Plaintiff,<br><br>v.<br><br>CARPET AND LINOLEUM CITY ET AL.<br><br>Defendants. | Case No. SACV 18-01869 AG (ADSx)<br><br>**JUDGMENT** |

The Court enters Judgment against all Defendants and in favor of Plaintiff. Defendants must pay a statutory award of $4,000 to Plaintiff. The Court also enters an injunction requiring Defendants to make the Carpet and Linoleum City facilities accessible to individuals with disabilities to the extent required by the Americans With Disabilities Act.

**Dated: July 18, 2019**

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT