**FILED**

**OCT 18 2019**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADAM GHADIRI,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>CARPET AND LINOLEUM CITY, a business entity; CHAD BOUCE, an individual,<br><br>   Defendants-Appellants,<br><br>and<br><br>BRUCE HAWKINS; JACQUELINE COX,<br><br>   Defendants. | No. 19-55838<br><br>D.C. No.<br>8:18-cv-01869-AG-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 11) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

            FOR THE COURT

            By: Stephen Liacouras
            Chief Circuit Mediator

sl/mediation