UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 18-01869-AG (ADSx) | Date | November 4, 2019 |
|---|---|---|---|
| Title | Adam Ghadiri v. Carpet and Linoleum City et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Dennis Price | Ara Sahelian |

**PROCEEDINGS:   PLAINTIFF'S MOTION FOR ATTORNEYS' FEES [69]**

Motion hearing held.   The Court hears oral argument from the parties.   The Court takes the Motion under submission.   Order to issue.

0 : 23

Initials of Deputy Clerk   rrp

CC: